IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERRAH BROWN, | No. C 11-0225 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNKNOWN, | |
| Defendant. | |

On January 14, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a letter with the Court.[1] That same day, the Court sent a notification to Plaintiff informing him that he did not file a complaint, nor a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to file a complaint, pay the fee, or file a completed application with supporting documentation within thirty days. To date, Plaintiff has not communicated with the Court. As Plaintiff has not filed a complaint, completed an in forma pauperis application, or paid the filing fee, this case is DISMISSED without prejudice.

---

[1] In the letter, Plaintiff challenges several aspects of his state conviction. It appears that this Court was one of several recipients of Plaintiff's letter, which is addressed to the Chief Justice of the California Supreme Court.

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Brown225dis.wpd

1 | The Clerk shall close the file.
2 | IT IS SO ORDERED.
3 | DATED: 2/25/11

_____
LUCY H. KOH
United States District Judge