IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NERRAH BROWN, | ) | No. C 11-0225 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  2/25/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Brown225jud.wpd